AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
| v. | ) | |
| Yago BARBOZA FERREIRA ROCHA | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 11, 2026__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Brazil, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in Laredo, Texas the said Defendant having not obtained the consent of the United States Attorney General (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about April 11, 2026 the defendant Yago BARBOZA FERREIRA ROCHA was apprehended near Laredo, Texas. After a brief interview it was determined that, Yago BARBOZA FERREIRA ROCHA was an undocumented alien from Brazil and subsequently placed under arrest. Further investigation revealed that Yago BARBOZA FERREIRA ROCHA was previously REMOVED from the United States on 05/03/2024 at Alexandria, LA. There is no record that Yago BARBOZA FERREIRA ROCHA has applied for or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Martin Chapa-Jr
*Complainant's signature*

Martin Chapa-Jr, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: April 14, 2026

*Judge's signature*

City and state: Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*